6/17/11
Receipt #'s
11091939
11091941
(see attachment)
KJ

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

   The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

   APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

     Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 659.16 IN 2 CHECKS.

CHECK # 15589 FOR $107.71
& CHECK 15590 FOR $551.45
Representing unclaimed funds.

DATED: 6-16-2011

_____
ALBERT J. MOGAVERO
TRUSTEE



| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 161347 | TUCKER, III | 0914811 | 1.38 | CHAPTER 7 TRUSTEE - WENDY CHRISTOPHERSEN | | Receipt # 11091939 KY | UNKNOWN | NY | 14202 |
| 161350 | HOULE | 0913908 | 5.01 | CHAPTER 7 TRUSTEE THOMAS GAFFNEY | | | UNKNOWN | NY | 14202 |
| 162669 | BURZYNSKI | 0603157 | 17.67 | DFS PAYMENT PROCESSING | P O BOX 6403 | | CAROL STREAM | IL | 601975403 |
| 162699 | HUFFMAN | 0601175 | 24.30 | DRUCKMAN & SINEL, LLP | 242 DREXEL AVENUE | | WESTBURY | NY | 11590 |
| 163447 | SYNAGOGUE | 0704709 | 43.55 | HS FINANCIAL GROUP | 25651 DETROIT RD., SUITE 230 | ATTN: JAN WASHINGTON | WESTLAKE | OH | 44145 |
| 164923 | WHITE | 0590873 | 15.80 | SECURITY CREDIT SYSTEMS | P.O. BOX 846 | | BUFFALO | NY | 142400846 |
| 166090 | PETKO | 0600291 | 91.40 | STANLEY J PETKO | 491 TONAWANDA ST. | 6/17/11 | BUFFALO | NY | 14207 |
| 166116 | LOVEWELL | 0702036 | 5.01 | DOUGLAS C LOVEWELL | 2215 TRANSIT ROAD | Receipt # 11091941 $551.45 KY | BURT | NY | 14028 |
| 166133 | HANNA | 0815328 | 5.01 | DOUGLAS HANNA | 8521 PORTER ROAD, APT.# 32 | | NIAGARA FALLS | NY | 14304 |
| 166134 | SMITH | 0910645 | 5.00 | EDWARD & AMY SMITH | 2842 ROSWELL PARKWAY | | EDEN | NY | 14057 |
| 166137 | REVILLE | 0913321 | 5.01 | WILLIAM J REVILLE | 25 PARKSIDE DRIVE | | LANCASTER | NY | 14086 |
| 166138 | SMITH-JOHNSON | 0913453 | 5.00 | GENEVA A SMITH-JOHNSON | 54 ZELMER ST. | | BUFFALO | NY | 142112141 |
| 166143 | SAJDAK | 0915846 | 5.02 | STEPHEN E SAJDAK | 139 GROVE STREET | | TONAWANDA | NY | 14150 |
| 166148 | SMITH | 1013519 | 430.00 | JOHN & BARBARA SMITH | 121 WARDMAN RD | | BUFFALO | NY | 14217 |

$659.16

6/17/11